# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS MARWIN HOLDER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-CV-1649 AGF |
| CITY OF FLORISSANT, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's "Objection to Memorandum and Order" entered on January 22, 2021, remanding this action to St. Louis County Court. The Court will interpret plaintiff's motion as a motion for reconsideration of the Order to Remand. After reviewing the grounds raised by plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Plaintiff is therefore not entitled to reconsideration of the Order to Remand, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Objection to Memorandum and Order" interpreted as a motion for reconsideration of the Order to remand entered on January 22, 2021 [Doc. #5] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

Dated this 9th day of February, 2021.

                                                        _____
                                                        AUDREY G. FLEISSIG
                                                        UNITED STATES DISTRICT JUDGE